IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY SMITH                                                                                          PLAINTIFF

      v.                                         CIVIL NO. 13-2038

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                  DEFENDANT

## O R D E R

      Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

      Plaintiff's IFP application indicates that his wife works two full-time jobs to help pay bills. ECF No. 2. However, Plaintiff did not indicate the nature of his wife's employment or her salary. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his sources of income. Plaintiff is directed to file his amended IFP application by February 19, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

      IT IS SO ORDERED this 5th day of February 2013.

                                                                  /S/ *J. Marschewski*
                                                       HONORABLE JAMES R. MARSCHEWSKI
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE